1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200,
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff
7
   S. CHRISTOPHER YOO (SBN:169442)
8  cyoo@AlvaradoSmith.com
9  JACOB M. CLARK (SBN: 266630)
   jclark@AlvaradoSmith.com
10 ALVARADOSMITH,
   A Professional Corporation
11 1 MacArthur Place, Suite
12 Santa Ana, CA 92707
   Telephone: (714)852-6800
13 Facsimile: (714) 852-6899
14 Attorneys for Defendants
   Victoria's Secret Stores, LLC
15

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JAIME,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTORIA'S SECRET STORES, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendant. | Case: 5:20-CV-00232-JGB-SHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

4958532.1 -- L729.7

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 9, 2020     CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Dated: November 9, 2020     ALVARADOSMITH,
A Professional Corporation

By: /s/S. Christopher Yoo
S. Christopher Yoo
Attorney for Defendants
Victoria's Secret Stores, LLC

4958532.1 -- L729.7

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to S. Christopher Yoo, counsel for Victoria's Secret Stores, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 9, 2020          CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

4958532.1 -- L729.7